

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001803386
Search Results: Displaying 1 of 1 entries



### ScoreHD - Knock My Socks Off.

| | |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001803386 / 2012-08-30 |
| Application Title: | ScoreHD - Knock My Socks Off. |
| Title: | ScoreHD - Knock My Socks Off. |
| Description: | 3 Electronic files(eService) |
| Copyright Claimant: | Quad Int'l., Incorporated d.b.a The SCORE Group. Address: 1629 NW 84th Avenue, Doral, FL, 33126. |
| Date of Creation: | 2012 |
| Date of Publication: | 2012-07-12 |
| Nation of First Publication: | United States |
| Authorship on Application: | Quad Int'l., Incorporated d.b.a The SCORE Group., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | SCORE Group. |
| | Quad Int'l., Incorporated |
| | Quad Int'l., Incorporated d.b.a The SCORE Group. |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record  ▼ | Format for Print/Save |
| Enter your email address: | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page